E-FILED
Friday, 26 October, 2007   11:01:35 AM
Clerk, U.S. District Court, ILCD

To whom it may concern    07-2197

My name is Kyle of Clementz an inmate at the Champaign County jail satellite building. I would like to file a law suite against the Champaign county jail. Here is why. When they bring the food in it is on a trashcan. The shower has mold growing. There is so much mold that it has separated from the wall. The corners have black and green mold in them. I have been in here sense September 18th or 19th. and I have ask for a new blanket at least once or twice a week. Well I still have the same blanket that I came in with. I have a truck that I can sell if I need money for the case. hopefully I don't need money. I hope that if I win the case I will give you half the profit. I'm sueing for 500,000 to 1,000,000 dollars. I'm looking at prison time. so its not like I'm trying to get out of it. I have my next court date november 6th at 9 am. I would love it if you could reply before then. and if something comes up and you can't take the case can you give me a list of other lawyers and address so I can write them. I would like it if you can come see me so we can talk face to face. OVER

I will do whatever it takes. I can pay you after the case. If we win or lose. but you will get paid no matter what

Sincerely

Kyle F Clemen

Jacket # 000979695

Thank you for your time
I trying to write better.